IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RADDER and COMPLETE INDUSTRIES, INC. d/b/a COMPLETE LANDSCAPING SERVICES,<br><br>Defendant. | CIVIL ACTION<br>NO. 25-3661 |

**ORDER**

**AND NOW**, this 23rd day of September 2025, upon consideration of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. No. 7), it is **ORDERED** that the above-captioned case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.